UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :
NAMEL NORRIS,                                      :
                                                           :
                          Plaintiff,                :
                                                           :                  23 Civ. 583 (JPC)
              -v-                                            :
                                                           :                  <u>ORDER</u>
TEXTEL WIRELESS SERVICES INC. *et al.*,       :
                                                           :
                      Defendants.            :
                                                           :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff Namel Norris filed the Complaint in this action on January 23, 2023. Dkt. 1. The docket does not reflect that service was effected on either Defendant Textel Wireless Services, Inc. ("Textel") or Defendant 93 Clinton LLC ("93 Clinton"). However, on March 15, 2023, Jay B. Solomon, Esq., and Brian Bendy, Esq., filed notices of appearance in this case on behalf of 93 Clinton. Dkts. 7, 8. That same day, Mr. Solomon filed a letter on behalf of 93 Clinton requesting an extension of time for both Defendants to respond to the Complaint, explaining that the extension was needed to "afford [him] more time to investigate the allegations of the Complaint, communicate with Tenant, and explore settlement of the claims alleged in the Complaint." Dkt. 9. The next day, on March 16, 2023, the Court granted that request, extending the time for Defendants to respond to the Complaint to April 28, 2023. Dkt. 10. On April 27, 2023, Mr. Solomon, again writing on behalf of 93 Clinton, requested another extension, further noting that the additional time was needed to "continue discussions with Tenant regarding a joint representation agreement." Dkt. 11. The Court granted that request on April 28, 2023, extending the time for Defendants to respond to the Complaint to May 28, 2023. Dkt. 12.

      As of the date of this Order, however, neither Defendant has responded to the Complaint,

nor has any attorney appeared on behalf of Textel. Plaintiff shall file proof of service of both Defendants on the docket by June 9, 2023. If Mr. Solomon is representing Textel, he shall promptly file a notice of appearance indicating that representation. The Court *sua sponte* extends the time for 93 Clinton to respond to the Complaint to June 9, 2023.

    SO ORDERED.

Dated: June 2, 2023
       New York, New York

                                                JOHN P. CRONAN
                                        United States District Judge