# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,  CASE NO: 1:23-cv-00583-JPC

    Plaintiff,

vs.

TEXTEL WIRELESS SERVICES INC., a New York corporation, d/b/a BOOST MOBILE STORE-CLINTON ST, and 93 CLINTON LLC, a New York limited liability company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, NAMEL NORRIS, and Defendant, 93 CLINTON LLC, a New York limited liability company, by and through their respective undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case.. The settlement agreement has been drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. The parties respectfully request a sixty (60) day Order of Dismissal to be issued in this matter.

    Dated: This 22nd day of June, 2023.

By: /S/ Robert J. Mirel  
    Robert J. Mirel, Esq.  
    The Weitz Law Firm, P.A.  
    Bank of America Building  
    18305 Biscayne Blvd., Suite 214  
    Aventura, Florida 33160  
    Telephone: (305) 949-7777  
    Facsimile: (305) 704-387**7**  
    Email: rjm@weitzfirm.com  
    *Attorneys for Plaintiff*

By: /S/ Jay B. Solomon  
    Jay B. Solomon, Esq.  
    Belkin Burden Goldman, LLP  
    1 Grand Central Plaza  
    60 E 42nd Street, Suite 16th Floor  
    New York, NY 10165  
    Telephone: (212) 867-4466  
    Facsimile: (212) 297-1859  
    Email: JSolomon@bbgllp.com.  
    *Attorney for 93 Clinton LLC*